FILED
United States Court of Appeals
Tenth Circuit

December 12, 2023

Christopher M. Wolpert
Clerk of Court

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**
_____

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

AZUSENA MARIBEL SIERRA,
a/k/a Suzy,

    Defendant - Appellant.

No. 23-1184
(D.C. No. 1:20-CR-00292-WJM-2)
(D. Colo.)

_____

**ORDER AND JUDGMENT**[*]
_____

Before **MORITZ**, **EBEL**, and **KELLY**, Circuit Judges.
_____

Azusena Maribel Sierra pleaded guilty to one count of conspiracy to distribute

heroin and one count of conspiracy to commit money laundering. She was sentenced

to 288 months' imprisonment. Although her plea agreement contained a waiver of

her appellate rights, she filed a notice of appeal. The government has moved to

enforce the appeal waiver in the plea agreement pursuant to *United States v. Hahn*,

359 F.3d 1315 (10th Cir. 2004) (en banc).

Under *Hahn*, we consider "(1) whether the disputed appeal falls within the

scope of the waiver of appellate rights; (2) whether the defendant knowingly and

---

[*] This order and judgment is not binding precedent, except under the doctrines
of law of the case, res judicata, and collateral estoppel. It may be cited, however, for
its persuasive value consistent with Fed. R. App. P. 32.1 and 10th Cir. R. 32.1.

voluntarily waived his appellate rights; and (3) whether enforcing the waiver would result in a miscarriage of justice." *Id.* at 1325.

In response to the government's motion, Ms. Sierra, through counsel, "concedes that the appeal waiver contained in her Plea Agreement applies and that no exception set forth in [*Hahn*] negates enforcement of that waiver." Resp. at 1. Based on this concession, we grant the government's motion to enforce the appeal waiver and dismiss the appeal.

Entered for the Court
Per Curiam